**PRIORITY SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PITMAN & RENITA CASON,<br><br>        Plaintiffs,<br><br>    v.<br><br>MERTIAGE MORTGAGE CORPORATION and DOES 1 to 10, Inclusive,<br><br>        Defendants. | Case No. EDCV 09-00700 VAP (JWJx)<br><br>**ORDER OF DISMISSAL** |

    THE COURT having ordered the Plaintiff to show cause in writing, not later than October 13, 2009, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

    THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

Dated: October 29, 2009

                                               VIRGINIA A. PHILLIPS
                                           United States District Judge

s:\vap\crd's forms\3-ord-dism-re osc.frm